# IN THE UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

# (HON. JANIS L. SAMMARTINO)

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 21-CR-03097-JLS |
| Plaintiffs, | |
| vs. | ORDER CONTINUING SENTENCING HEARING |
| JOSUE GUTIERREZ, | |
| Defendant. | |

The Court hereby FINDS AS FOLLOWS:

1. Defendant is scheduled to appear for Sentencing Hearing on February 25, 2022 at 9:00 a.m.

2. Defense counsel respectfully request additional time to continue to gather mitigation material.

3. The parties agree that any delay resulting from this continuance shall be excluded in the interest of justice pursuant to the Speedy Trial Act.

THEREFORE, FOR GOOD CAUSE SHOWN:

1. The Sentencing Hearing in this matter is continued from February 25, 2022 to April 1, 2022 at 9:00 a.m.

2. The time period of February 25, 2022 to April 1, 2022, inclusive, is excluded in computing the time within which trial must commence, pursuant to 18 U.S.C. §§ 3161(h)(7)(A), (h)(7)(B)(i), and (h)(B)(iv).

1      3.   Nothing in this Order shall preclude a finding that other provisions of the Speedy Trial

2         Act dictate that additional time periods are excluded from the period within which trial

3         must commence. Moreover, the same provisions and/or other provisions of the Speedy

4         Trial Act may in the future authorize the exclusion of additional time periods from the

5         period within which trial must commence.

6

7  IT IS SO ORDERED:

8

9  Dated:  February 22, 2022

10                         Hon. Janis L. Sammartino

11                         United States District Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28