# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSUE GUTIERREZ,<br><br>Defendant. | Case No.: 21CR3097-JLS<br><br>**ORDER CONTINUING SENTENCING HEARING** |

Defendant has not filed a sentencing summary chart as required by Local Criminal Rule 32.1(a)(8). Accordingly, the Court hereby **VACATES** the Sentencing Hearing currently set for **May 20, 2022**; the hearing is **CONTINUED** to **Friday, June 17, 2022** at **9:00 a.m.**

IT IS SO ORDERED.

Dated: May 17, 2022

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge